**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SULLIVAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PEAK POTENTIALS TRAINING, INC.,<br><br>　　　　　Defendants. | Case No. EDCV 08-946-VAP (JWJx)<br><br>**ORDER OF DISMISSAL** |

　　THE COURT having ordered the Plaintiff to show cause in writing, not later than January 5, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

　　THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated: June 9 2009

　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm